UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ESTATE OF MRS. GEORGE HOWARD, JR                                PLAINTIFF

V.                                  4:21CV00626 JM

BAPTIST HEALTH, ET AL                                           DEFENDANTS

## ORDER OF DISMISSAL

Plaintiff seeks to voluntarily dismiss the case. Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the Motion to Voluntarily Dismiss Action (Docket #5) is GRANTED. Defendants' Motion to Dismiss (Docket #3) is MOOT. The Clerk is directed to close the case.

IT IS SO ORDERED this 29th day of July, 2021.

_____
James M. Moody Jr.
United States District Judge